UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kethline Joseph  : CHAPTER 13
                       :
        Debtor         :
                       : NO. 18-10388 MDC

ORDER

AND NOW, this _20th_ day of _February_, 2018, upon consideration of Debtor's Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing, it is hereby ORDERED and DECREED that said Motion is GRANTED. after notice and hearing:

It is hereby ORDERED, that this Court continue the automatic stay under Section 362(a) _served with the Motion_ as to all creditors for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

_____
                           J.