United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10388-mdc
Kethline Joseph                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Feb 20, 2018
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db           +Kethline Joseph,    1435 Alcott Street,    Philadelphia, PA 19149-3312
14043320      I.C. Systems, Inc.,    444 Highway 96 East,    P.O. BOX 64437,    Attn: Bankruptcy Dept.,
               Saint Paul, MN 55164-0437
14043321     +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Ctr,    701 Market St.,
               Attn: Bankruptcy Dept.,    Philadelphia, PA 19106-1538
14043322      LCA Collections,    P.O. BOX 2240,    Attn: Bankruptcy Dept.,    Burlington, NC 27216-2240
14043323      Nationwide Credit, Inc.,    P.O. BOX 14581,    Attn: Bankruptcy Dept.,
               Des Moines, IA 50306-3581
14043324     +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
14043325     +Sleepy's,    c/o Debt Recovery Solutions, LLC,    900 Westbury,    Westbury, NY 11590-5844
14043326     +Transworld Systems,    802 E. Martintown Road, Suite 201,    Attn: Bankruptcy Dept.,
               North Augusta, SC 29841-5352
14043327      Tri-State Adjustments, Inc.,    P.O. BOX 3219,    Attn: Bankruptcy Dept.,
               La Crosse, WI 54602-3219
14043328     +U.S. Bank National Association (Trustee,    for the PA Housing Finance Agency),
               211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
14043329      Universal Fidelity LP,    P.O. BOX 219785,    Attn: Bankruptcy Dept.,    Houston, TX 77218-9785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:20     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:07:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2018 02:08:14     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14043319     +E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:20
               City of Philadelphia-Law Dept-Tax Unit,    1401 John F. Kennedy Blvd., 5th Floor,
               Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1617
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          MICHAEL A. LATZES    on behalf of Debtor Kethline  Joseph efiling@mlatzes-law.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kethline Joseph　　　　　　　　　　: CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Debtor　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　: NO. 18-10388 MDC

---

## ORDER

AND NOW, this _20th_ day of _February_, 2018, upon consideration of Debtor's Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing, it is hereby ORDERED and DECREED that said Motion is GRANTED. after notice and hearing:

　　　　It is hereby ORDERED, that this Court continue the automatic stay under Section 362(a) _served with the Motion_ as to all creditors for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

_Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.