IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Kethline Joseph, a/k/a | : |
|     Kethline Vixama | : |
|         Debtor | : |
| | : NO. 18-10388 MDC |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Notice and Objection to U.S. Bank National Association's (Trustee for PA Housing Finance Agency) - Claim#3, Notice and Proposed Order were served either electronically or via first class mail, postage prepaid to the following on April 17, 2018.

Asst. U.S. Trustee
601 Walnut Street
Philadelphia, PA   19106-0119
Curtis Ctr., 950 West
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Kethline Joseph
1435 Alcott Street
Philadelphia, PA 19149

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor