# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Kethline Joseph | : |
| Debtor(s) | : NO.  18-10388 MDC |

NOTICE OF WITHDRAWAL OF OBJECTION
TO U.S. BANK NATIONAL ASSOCIATION, ET AL'S
PROOF OF CLAIM (CLAIM #3)

Debtor through her counsel, hereby withdrawals the Objection to U.S. Bank National Association, et al's  Proof of Claim (Claim #3) filed on April 17, 2018

RESPECTFULLY SUBMITTED

   /S/ MICHAEL A. LATZES, ESQUIRE
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
(215) 545-0200
Attorney I.D.# 34017