# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kethline Joseph | : |
| | : |
|    Debtor(s) | : NO. 18-10388 MDC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Second Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on August 28, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


8-28-18                                                                    /s/     MICHAEL A. LATZES
DATE                                                                       MICHAEL A. LATZES, ESQUIRE
                                                                           Attorney for Debtor