# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kethline Joseph | : |
| | : |
|    Debtor(s) | : NO. 18-10388 MDC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Third Amended Chapter 13 Plan was mailed either first class mail, postage prepaid to the address on the Proof of Claims and/or Entry of Appearances or electronically on October 9, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


10-9-18                                                       /s/    MICHAEL A. LATZES
DATE                                                  MICHAEL A. LATZES, ESQUIRE
                                                         Attorney for Debtor