# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-10388-MDC


KETHLINE  JOSEPH

1435 ALCOTT STREET

PHILADELPHIA, PA 19149-

            Debtor

## CERTIFICATE OF SERVICE


**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KETHLINE  JOSEPH

    1435 ALCOTT STREET

    PHILADELPHIA, PA 19149-


Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                                        /S/ William C. Miller
                                        _____
Date: 9/24/2019
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee