UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Kethline Joseph | : |
| | : |
| Debtor(s) | : NO.   18-10388 MDC |

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $4,000.00 is approved.

(Debtor paid $1,890.00 of the amount prior to the bankruptcy filing)

December 23, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge