# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-10388-MDC

KETHLINE  JOSEPH

1435 ALCOTT STREET

PHILADELPHIA, PA 19149-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KETHLINE  JOSEPH

  1435 ALCOTT STREET

  PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

  MICHAEL A LATZES ESQUIRE
  1528 WALNUT STREET
  STE 700
  PHILA, PA 19102-

Date: 5/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee