UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Kethline Joseph | : |
| | : |
|     Debtor | : |
| | |
| U.S. Bank National Association, Trustee | : NO.  18-10388 MDC |
| for Pennsylvania Housing Finance Agency | : |
|     Movant | : |
|     v. | : |
| Kethline Joseph | : Date: September 22, 2020 |
|     Debtor | : Time: 10:30 a.m. |
| | : Courtroom: 2 |
| William C. Miller, Esquire | : |
|     Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEBTOR'S ANSWER TO U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY'S MOTION FOR RELIEF  was served upon the following parties by mailing such copies by  first class, postage prepaid or by electronic means on September 4, 2020, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Kethline Joseph
1435 Alcott Street
Philadelphia, PA 19149

  9-4-20
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor