IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Kethline Joseph, a/k/a :
    Kethline Vixama : No. 18-10388 MDC

## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Abate Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on October 13, 2020, to William C. Miller, Trustee, United States Trustee, Rebecca A. Solarz, Esquire, attorney for U.S. Bank National Association (Trustee the Pennsylvania Housing Finance Agency), all creditors listed on the Claim's Register, all attorneys of record and debtor, Kethline Joseph.

 10-13-20                                      /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                          MICHAEL A. LATZES, ESQUIRE
                                                Attorney for Debtor