UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kethline Joseph a/k/a | : |
|    Kethline Vixama. | |
|        Debtor | : |
| | : NO: 18-10388 MDC |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Notice and Motion to Modify with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on October 13, 2020 to the U.S. Trustee, William C. Miller, Trustee, Kethline Joseph, Debtor, all attorneys of record and all creditors listed on the Claims Register.

Counsel certifies that there have been no objections or other responsive pleadings filed in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.

 10-30-20                                             /s/    MICHAEL A. LATZES
  Date                                              MICHAEL A. LATZES, ESQUIRE
                                                     1528 Walnut Street, Suite 700
                                                     Philadelphia, PA   19102
                                                     (215) 545-0200 (Phone)
                                                     (215) 545-0668 (Fax)