IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   Kethline Joseph, a/k/a :
   Kethline Vixama : No. 18-10388 MDC

O R D E R

AND NOW, this 17th day of November 2020, upon the debtor's Motion to Abate the Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that debtor's Motion to Modify and Abate Chapter 13 Plan is **GRANTED.   FURTHER, said plan will be extended by 24 months for a total term of 84 months in the Amended Plan Per Order to Modify, pursuant to Section 1113 (b) (1) ( C) of the CARES Act.**

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge