# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-10388-MDC

KETHLINE  JOSEPH

1435 ALCOTT STREET

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KETHLINE  JOSEPH

  1435 ALCOTT STREET

  PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

  MICHAEL A LATZES ESQUIRE
  1528 WALNUT STREET
  STE 710
  PHILA.,, PA 19102-

                                            /S/ Kenneth E. West

Date: 4/5/2023                      _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee