United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10388-pmm

Kethline Joseph     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jul 11, 2024     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kethline Joseph, 1435 Alcott Street, Philadelphia, PA 19149-3312 |
| 14043325 | + | Sleepy's, c/o Debt Recovery Solutions, LLC, 900 Westbury, Westbury, NY 11590-5844 |
| 14043326 | + | Transworld Systems, 802 E. Martintown Road, Suite 201, Attn: Bankruptcy Dept., North Augusta, SC 29841-5352 |
| 14074754 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14043328 | + | U.S. Bank National Association (Trustee, for the PA Housing Finance Agency), 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14043329 | | Universal Fidelity LP, P.O. BOX 219785, Attn: Bankruptcy Dept., Houston, TX 77218-9785 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Jul 12 2024 00:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14043319 | + | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia-Law Dept-Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Attn: Bankruptcy Dept., Philadelphia, PA 19102-1617 |
| 14043320 | | Email/Text: Bankruptcy@ICSystem.com | Jul 12 2024 00:01:00 | I.C. Systems, Inc., 444 Highway 96 East, P.O. BOX 64437, Attn: Bankruptcy Dept., Saint Paul, MN 55164-0437 |
| 14043321 | ^ | MEBN | Jul 11 2024 23:53:01 | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Attn: Bankruptcy Dept., Philadelphia, PA 19106-1538 |
| 14043322 | | Email/Text: govtaudits@labcorp.com | Jul 12 2024 00:01:00 | LCA Collections, P.O. BOX 2240, Attn: Bankruptcy Dept., Burlington, NC 27216-2240 |
| 14069752 | + | Email/Text: bankruptcy@sccompanies.com | Jul 12 2024 00:02:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14043324 | ^ | MEBN | Jul 11 2024 23:52:36 | P.G.W., 800 W. Montgomery Avenue, Attn: Bankruptcy Dept., Philadelphia, PA 19122-2898 |
| 14068782 | ^ | MEBN | Jul 11 2024 23:52:38 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14079972 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 19 |

| | | Jul 12 2024 00:16:50 | PYOD, LLC its successors and assigns as assignee, of Sears National Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
|---|---|---|---|
| 14080281 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:15:38 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14043327 | Email/Text: rhonda@wecollectmore.com | Jul 12 2024 00:01:00 | Tri-State Adjustments, Inc., P.O. BOX 3219, Attn: Bankruptcy Dept., La Crosse, WI 54602-3219 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14043323 | ## | Nationwide Credit, Inc., P.O. BOX 14581, Attn: Bankruptcy Dept., Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. LATZES
on behalf of Debtor Kethline Joseph efiling@mlatzes-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    KETHLINE JOSEPH

Chapter 13

Bankruptcy No. 18-10388-PMM

Debtor

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 11, 2024**

_Patricia M. Mayer_  
Honorable Patricia M. Mayer  
Bankruptcy Judge